IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

OLIVIA HERNANDEZ,

    Plaintiff,

vs.                                         Civ. 15-531 KG/LAM

ALLSTATE INSURANCE COMPANY,

    Defendant.

## ORDER DENYING MOTION TO REMAND

This matter comes before the Court upon Plaintiff's Motion to Remand, filed July 20, 2015. (Doc. 3). Defendant filed a response on August 3, 2015. (Doc. 5). On April 6, 2016, the Court held a telephonic hearing on Plaintiff's Motion to Remand. Present at the telephonic hearing were John Valdez, Plaintiff's counsel, and Clara Burns and Christine Reinhard, Defendant's counsel. Having considered Plaintiff's Motion to Remand, Defendant's response, and the argument of counsel at the April 6, 2016, telephonic hearing, the Court held a second telephonic hearing on April 15, 2016. Present at the second telephonic hearing were Mr. Valdez, Ms. Reinhard, and Gilbert Sanchez, counsel for Defendant.

For the reasons stated on the record at the second telephonic hearing, the Court denies Plaintiff's Motion to Remand (Doc. 3) and denies Plaintiff's request for an award of attorney's fees and costs under 28 U.S.C. § 1447(c).

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE